BROOK M. HAMMOND, ESQ.
Nevada Bar No. 7731
R. TYLER HAMMOND, ESQ.
Nevada Bar No. 10065
Hammond & Hammond, LLP
1060 Wigwam Pkwy.
Henderson, NV 89074
Telephone: (702) 309-3333
Fax: (702) 309-1085
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

MARGARITA DURAN,

    Plaintiff,

v.

Western United Insurance Company
d/b/a AAA Nevada Insurance Company;
DOES I through X, inclusive, and
ROE BUSINESS ENTITIES I through
X, inclusive,

    Defendants.

Case No.: 2:11-cv-00935-RCJ-RJJ

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, that the above-entitled action may be dismissed without prejudice, each party to bear its own costs an attorney fees.

DATED this 30 day of Aug, 2011.

HAMMOND & HAMMOND, LLP.

BY: /s/ Brook
BROOK M. HAMMOND, ESQ.
Nevada Bar # 7731
1060 Wigwam Pkwy.
Henderson, NV 89014
Attorneys for Plaintiffs

DATED this 31 day of Aug, 2011.

RANALLI & ZANIEL

BY: /s/ GMR
George Ranalli, Esq.
Nevada Bar # 5748
2400 W. Horizon Ridge Parkway
Henderson, NV 89052
Co-Counsel for Defendant

DATED this 2nd day of September, 2011.

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

BY: /s/ Nathan R. Reinmiller
Nathan R. Reinmiller, Esq.
Nevada Bar # 6793
Sabrina G. Mansanas, Esq.
Nevada Bar # 10669.
7401 W. Charleston Blvd.
Las Vegas, NV 89117
Co-Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATE: 10-07-2011

HAMMOND & HAMMOND, LLP
1060 WIGWAM PKWY., HENDERSON, NV 89074
PHONE: (702) 309-3333 FAX: (702) 309-1085